FILED

2008 JAN 31  PM 4:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. William Q. Hayes)

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR0448-WQH |
|---|---|---|
| Plaintiff, | ) | **ORDER EXONERATING BOND AND RECONVEYANCE OF TRUST DEED** |
| vs. | ) | |
| JASON BORISS (3), | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, based upon the Minute Entry for proceedings held on January 2, 2008 (Docket No. 83), the bond be exonerated and the real property located at 1355 Hacienda Drive, El Cajon, California, 92020 and 13348 Tining Drive, Poway, California, 92064, be reconveyed to Robert P. Boriss and Ardeth G. Boriss. Their mailing address is 1355 Hacienda Drive, El Cajon, California, 92020.

**IT IS SO ORDERED.**

Dated: 1/31/08

HON. WILLIAM Q. HAYES
U.S. District Court Judge